# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series INABS 2006-D**<br><br>Plaintiff,<br><br>vs.<br><br>Russell J. Kamps, et al.<br><br>Defendants. | Case No. 1:07-cv-3491<br><br>Judge Christopher A. Boyko<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: February 15, 2008

                                           s/Christopher A. Boyko
                                           Judge Christopher A. Boyko
                                           UNITED STATES DISTRICT JUDGE

E42