UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company as Trustee under the pooling and Servicing Agreement Series INABS 2006-D**<br><br>Plaintiff,<br><br>vs.<br><br>**Russell J. Kamps, et al.**<br><br>Defendants. | Case No. 1:07-cv-3491<br><br>**Judge Christopher A. Boyko**<br><br>**ORDER GRANTING MOTION TO LIFT STAY** |

This matter comes before the Court on the motion of Plaintiff requesting this Court to lift the stay in the above referenced case. For good cause shown, the stay is hereby lifted and Plaintiff is permitted to proceed with the foreclosure action.

**IT IS SO ORDERED.**

                                                   `s/Christopher A. Boyko`
                                                   Christopher A. Boyko
                                                   UNITED STATES DISTRICT JUDGE

                                                   `January 7, 2009`